LEE v. NGO

No. 542P88.

Case below: 88 N.C. App. 612.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 9 February 1989.

LOWDER v. ALL STAR MILLS

No. 549P88.

Case below: 91 N.C. App. 621.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

MATTHEWS v. WATKINS

No. 559A88.

Case below: 91 N.C. App. 640.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 9 February 1989.

SMITH v. BUCKHRAM

No. 496P88.

Case below: 91 N.C. App. 355.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. BARNES

No. 574PA88.

Case below: 91 N.C. App. 484.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 9 February 1989.